Attachment to 2/25/2010 James Henry Smith
1:10CV112 - Memorandum Opinion and Order

**JAMES H SMITH**
Offender ID: 0376874
Inmate Status: ACTIVE
Probation/Parole/Post Release Status: INACTIVE
Gender: MALE
Race: BLACK
Age: 56
Current Location: MARION CI

## Name(s) Of Record

| Last Name | Suffix | First Name | Middle Name | Name Type |
|---|---|---|---|---|
| SMITH | | JAMES | | COMMITTED |
| SMITH | | JAMES | HENRY | COMMITTED |
| SMITH | | JIMMY | | ALIAS |

## Most Recent Incarceration Summary

Incarceration Status: ACTIVE
Conviction Date: 09/03/2008
Primary Crime: MANSLAUGHTER (PRINCIPAL)
Special Characteristics: REGULAR
Admission Date: 09/05/2008
Control Status: REGULAR POPULATION
Custody Classification: CLOSE
Number Of Infractions: 0
Current Location: MARION CI
Last Movement : RECEIVED FROM ALEXANDER C.I.

Total Incarceration Term: 30 YEARS 6 MONTHS
Projected Release Date: 10/17/2033
Crime Type: FELON

Admission Facility: CENTRAL PRISON
Next Control Review: UNKNOWN
Next Custody Review: 03/01/2010
Last Infraction Date: N/A
Previous Location: ALEXANDER C.I.
Last Movement Date: 02/24/2010

Detainers?: N    Escapes?: N

## Offender Sentence History

### Most Recent Period of Incarceration Record

Sentence Number: BA-001    Commitment Type: INMATE

## Offender Sentence History

Conviction Date: 09/03/2008  
Service Status: ACTIVE  
Sentence Status: ACTIVE  
Punishment Type: ACTIVE SS  
Sentence Type 1: DEPT OF CORR DIV OF PRISONS  
Minimum Term: 9 YEARS 7 MONTHS  

County Of Conviction: GUILFORD  
Sentence Begin Date: 09/03/2008  
Actual Release Date:  
Projected Release Date: 01/14/2017  

Maximum Term: 12 YEARS 3 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 05096830 | MANSLAUGHTER (PRINCIPAL) | 11/08/2005 | FELON | CLASS D |

Sentence Number: BA-002  
Conviction Date: 09/03/2008  
Service Status: FUTURE  
Sentence Status: ACTIVE  
Punishment Type: ACTIVE SS  
Sentence Type 1: DEPT OF CORR DIV OF PRISONS  
Minimum Term: 9 YEARS 7 MONTHS  

Commitment Type: INMATE  
County Of Conviction: GUILFORD  
Sentence Begin Date: 01/14/2017  
Actual Release Date:  
Projected Release Date: 07/15/2028  

Maximum Term: 12 YEARS 3 MONTHS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONSECUTIV TO SENTENCE NUMBER BA*001 | 05096831 | BURGLARY 1ST DEGREE (PRINCIPAL) | 11/08/2005 | FELON | CLASS D |

Sentence Number: BA-003  
Conviction Date: 09/03/2008  
Service Status: FUTURE  
Sentence Status: ACTIVE  
Punishment Type: ACTIVE SS  
Sentence Type 1: DEPT OF CORR DIV OF PRISONS  
Minimum Term: 4 YEARS 4 MONTHS  

Commitment Type: INMATE  
County Of Conviction: GUILFORD  
Sentence Begin Date: 07/15/2028  
Actual Release Date:  
Projected Release Date: 10/17/2033  

Maximum Term: 6 YEARS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONSECUTIV TO SENTENCE NUMBER BA*002 | 05096830 | AWDWISI (PRINCIPAL) | 11/08/2005 | FELON | CLASS E |

### Most Recent Period of Supervision Record

Sentence Number: 03-001    Commitment Type: PROBATION/PAROLE

25-Feb-10

Report Name: Offender Information

Page 2

## Offender Sentence History

**Conviction Date:** 06/03/1997  
**Punishment Type:** DWI  
**Sentence Type 1:** PROBATION  
**County Of Conviction:** GUILFORD

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 96004886 | DWI LEVEL 1 (PRINCIPAL) | 04/03/1996 | MISD. | NON CLASS CODE |

### Previous Period of Incarceration Record

**Sentence Number:** AB-001  
**Conviction Date:** 01/29/1992  
**Service Status:** EXPIRED  

**Commitment Type:** INMATE  
**County Of Conviction:** GUILFORD  
**Sentence Begin Date:** 01/29/1992  
**Actual Release Date:** 09/26/1994  
**Projected Release Date:** 10/06/1994  

**Punishment Type:** FAIR FELONS  
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS  
**Sentence Type 3:** REGULAR PAROLE  
**Sentence Type 4:** 430 PAROLE/COMM SERV  
**Sentence Type 5:** 90 DAY FAIR PAROLE  
**Minimum Term:**   **Maximum Term:** 4 YEARS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 91014869 | POSSESS SCHEDULE II (PRINCIPAL) | 09/06/1991 | FELON | CLASS I |

**Sentence Number:** AB-002  
**Conviction Date:** 06/11/1991  
**Service Status:** EXPIRED  

**Commitment Type:** INMATE  
**County Of Conviction:** GUILFORD  
**Sentence Begin Date:**   
**Actual Release Date:** 09/26/1994  
**Projected Release Date:** 10/06/1994  

**Punishment Type:** FAIR FELONS  
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS  
**Sentence Type 2:** PROBATION REVOCATION  
**Sentence Type 3:** REGULAR PAROLE  
**Sentence Type 4:** 430 PAROLE/COMM SERV  
**Sentence Type 5:** 90 DAY FAIR PAROLE  
**Minimum Term:**   **Maximum Term:** 4 YEARS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| CONCURRENT TO SENTENCE NUMBER | 90019500 | AWDW GOV OFFICERS/EMPLOYEES | 12/23/1990 | FELON | CLASS H |

# Offender Sentence History

## AB*001

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
|  |  | (PRINCIPAL) |  |  |  |

### Previous Period of Supervision Record

**Sentence Number:** 02-001  
**Conviction Date:** 06/11/1991  
**Commitment Type:** PROBATION/PAROLE  
**County Of Conviction:** GUILFORD  
**Punishment Type:** PRE-SS (FAIR) DCC  
**Sentence Type 1:** PROBATION  
**Sentence Type 2:** SUSPENDED SENTENCE  
**Sentence Type 3:** DEPT OF CORR DIV OF PRISONS  

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 90019500 | AWDW GOV OFFICERS/EMPLOYEES (PRINCIPAL) | 02/23/1990 | FELON | CLASS H |

### Previous Period of Incarceration Record

**Sentence Number:** AA-001  
**Conviction Date:** 05/09/1990  
**Commitment Type:** INMATE  
**County Of Conviction:** GUILFORD  
**Service Status:** EXPIRED  
**Sentence Begin Date:** 05/17/1990  
**Actual Release Date:** 08/03/1990  
**Projected Release Date:** 03/14/1991  

**Punishment Type:** FAIR FELONS  
**Sentence Type 1:** DEPT OF CORR DIV OF PRISONS  
**Sentence Type 2:** PROBATION REVOCATION  
**Minimum Term:**  
**Maximum Term:** 3 YEARS  

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 90020050 | CRIME AGAINST NATURE (PRINCIPAL) |  | FELON | CLASS H |
| CONSOLIDATED FOR JUDGMENT | 00000000 | FAILURE TO APPEAR (PRINCIPAL) |  |  |  |

### Previous Period of Supervision Record

**Sentence Number:** 01-001  
**Conviction Date:** 05/18/1987  
**Commitment Type:** PROBATION/PAROLE  
**County Of Conviction:** CUMBERLAND  
**Punishment Type:** PRE-SS (FAIR) DCC  
**Sentence Type 1:** PROBATION

## Offender Sentence History

**Sentence Type 2:** SUSPENDED SENTENCE
**Sentence Type 3:** DEPT OF CORR DIV OF PRISONS

| Commitment | Docket# | Offense (Qualifier) | Offense Date | Type | Sentencing Penalty Class Code |
|---|---|---|---|---|---|
| INITIAL | 86030725 | ASSAULT ON FEMALE (PRINCIPAL) | 06/11/1986 | MISD. | MISD.(PRE-STRUCTURE) |